```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 08067
    DORIAN ADAMS
    BERNADETTE ADAMS                          CHAPTER 13

                                              JUDGE: A. BENJAMIN GOLDGAR

         Debtor
    SSN XXX-XX-4239    SSN XXX-XX-9128
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

  Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 07/08/06 and confirmed on 09/15/06.

   2.  The case was dismissed after confirmation, 08/24/2007.

   3.  The Debtor paid a total of $ 15804.57 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NUVELL CREDIT COMPANY LL | SECURED | 10205.31 | 874.30 | 5018.81 |
| TRIAD FINANCIAL | SECURED | 6600.00 | 359.76 | 4427.21 |
| AAA CHECKMATE | UNSECURED | 1520.95 | .00 | 62.73 |
| ACCOUNT RECEIVABLE MANAG | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT COMMUNICATIONS | UNSECURED | 662.79 | .00 | 15.68 |
| ARMED FORCES BANK | UNSECURED | 890.25 | .00 | 20.79 |
| BLACK EXPRESSIONS | UNSECURED | NOT FILED | .00 | .00 |
| BROTHER LOAN & FINANCE | UNSECURED | 1502.24 | .00 | 91.61 |
| CBCS | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | 568.21 | .00 | 15.08 |
| CERTIFIED SERVICES INC | UNSECURED | 4322.37 | .00 | 221.00 |
| FIRST MIDWEST BANK | UNSECURED | NOT FILED | .00 | .00 |
| HOOKED ON PHONICS | UNSECURED | NOT FILED | .00 | .00 |
| JJ MACINTYRE CO | UNSECURED | NOT FILED | .00 | .00 |
| MARLIN INTEGRATED | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND CREDIT MGMT | UNSECURED | 488.90 | .00 | 21.61 |
| MCI RESIDENTIAL SVC MW | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL ACTION FIN SRV | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL RECOVERIES INC | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL REVENUE CORP | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| NEXTEL COMMUNICATIONS | UNSECURED | 413.10 | .00 | 21.71 |
| NICOR GAS | UNSECURED | 2456.39 | .00 | 114.50 |
| OSI COLLECTION SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS | UNSECURED | NOT FILED | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| TDS METRO COM | UNSECURED | NOT FILED | .00 | .00 |

```
THE SC AT 900 N MICHIGAN  UNSECURED      NOT FILED              .00         .00
WALMART                   UNSECURED      NOT FILED              .00         .00
TRIAD FINANCIAL           UNSECURED        3200.45              .00      122.99
BROTHER LOAN & FINANCE    UNSECURED         636.20              .00         .00
B LINE LLC                UNSECURED        1457.41              .00       21.69
NATIONAL CITY BANK        UNSECURED         257.35              .00         .00
        Summary of disbursements:
-------------------------------------------------------------------------------
                      SECURED    PRIORITY    UNSECURED      OTHER       TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   16805.31         .00     18376.61        .00    35181.92
PRINCIPAL PAID        9446.02         .00       729.39        .00    10175.41
INTEREST PAID         1234.06         .00          .00        .00     1234.06
TOTAL PAID           10680.08         .00       729.39        .00    11409.47
```

The Debtor's attorney, KENNETH S BORCIA & ASSOC     , was allowed $   3000.00 and was paid $   3000.00 .

The Trustee received $    579.10 .

Refunds to the Debtor totaled $    816.00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 11/15/07                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                            PAGE   2
        CASE NO. 06 B 08067 DORIAN ADAMS & BERNADETTE ADAMS